IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| REBECCA CUMMINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-cv-00123-SLC |
| | ) |
| FIRST INTEGRAL RECOVERY and | ) |
| O.J. LAWAL & ASSOCIATES, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF DEFAULT

Plaintiff REBECCA CUMMINGS requests that the clerk of court enter default against Defendants, FIRST INTEGRAL RECOVERY and O.J. LAWAL & ASSOCIATES pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendants have failed to appear, plead or otherwise defend, the default of Defendants, FIRST INTEGRAL RECOVERY and O.J. LAWAL & ASSOCIATES is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 5th day of May, 2009.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court