## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA CUMMINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-00123-SLC |
| | ) | |
| FIRST INTEGRAL RECOVERY and | ) | |
| O.J. LAWAL & ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF JUDGMENT

This Matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment, the Court having been fully advised, and an order of Default having previously been entered,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, REBECCA CUMMINGS, and against Defendant, FIRST INTEGRAL RECOVERY and O.J. LAWAL & ASSOCIATES, as follows:

1. $1,000.00 statutory damages for Defendant's violation of the Fair Debt Collection Practices Act.

2. $1,963.00 for Plaintiff's attorneys' fees.

3. $480.00 for Plaintiff's costs.

4. Total Judgment in the amount of $3,443.00.

Barbara B. Crabb

Hon. Barbara B. Crabb
United States District Judge

Dated: June 17, 2009